**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-02217-CMA-NYW

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BFW DENVER LLC,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

The parties, by and through their respective attorneys, Ari H. Marcus on behalf of Plaintiff David Katt; and Sandra J. Carter and Scott D. McLeod on behalf of Defendant BFW Denver LLC, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 5th day of April 2021.

/s/ Ari Hillel Marcus
Ari Hillel Marcus, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT

/s/ Sandra J. Carter
Sandra J. Carter, Esq.
Nemkov Brunger McLeod PLLC
10375 Park Meadows Drive
Suite 260
Lone Tree, CO 80124
Telephone: (720) 464-2900
scarter@nbbmlaw.com

/s/ Scott David McLeod
Scott David McLeod, Esq.
Nemkov Brunger McLeod PLLC
10375 Park Meadows Drive
Suite 260
Lone Tree, CO 80124
Telephone: (720) 797-6459
smcleod@nbbmlaw.com

ATTORNEYS FOR DEFENDANT
BFW DENVER LLC

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of April 2021, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Sandra J. Carter
scarter@nbbmlaw.com

Scott D. McLeod
smcleod@nbbmlaw.com

                                                  /s/ *Ari Hillel Marcus*